UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

OMAR LOUREIRO,

   Petitioner,

v.                           Case No. 3:23cv24677-MCR-HTC

RICKY D. DIXON,

   Respondent.
_____/

**ORDER**

The magistrate judge issued a Report and Recommendation on July 10, 2024 (ECF No. 19). The parties were furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). There have been no timely filed objections.

Having considered the Report and Recommendation and the record, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

(1)    The Magistrate Judge's Report and Recommendation (ECF Doc. 19) is adopted and incorporated by reference in this order.

(2)    The petition under 28 U.S.C. § 2241 is DISMISSED WITH PREJUDICE for failure to exhaust and as procedurally barred.

(3)    A certificate of appealability is DENIED.

(4)     The Clerk is directed to close the file.

**DONE AND ORDERED** this 25th day of September 2024.

*M. Casey Rodgers*
_____
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**